AUSA Zelinsky

AO 442 (Rev. 11/11) Arrest Warrant

USDC- BALTIMORE
'22 OCT 11 AM 11:50

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| Jamie Lee Henry | ) | |

**SEALED**

SAG-22-0336

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jamie Lee Henry,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit offense, 18 U.S.C. § 371
Wrongful disclosure of individually identifiable health information, 42 U.S.C. § 1320d-6

Date: 9/28/22

*Issuing officer's signature*

City and state: Baltimore, Maryland

Hon. Brendan A. Hurson, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/29/2022, and the person was arrested on *(date)* 9/29/2022
at *(city and state)* Rockville, MD.

Date: 9/29/2022

*Arresting officer's signature*

JOSEPH PERRINO, SA/FBI
*Printed name and title*