**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **CRIMINAL NO.  SAG-22-0336** |
| **JAMIE HENRY** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**DEFENDANT JAMIE HENRY'S MOTION TO MODIFY CERTAIN CONDITIONS OF RELEASE**</u>

Defendant Jamie Henry by and through his undersigned counsel, David Walsh-Little, hereby moves this Honorable Court, to modify certain conditions of his release status and in support thereof states as follows:

1. The Office of the United States Attorney does not oppose this motion.  The United States Office of Probation and Pretrial Services does not oppose this motion.

2. Jamie Henry and his co-defendant and wife, Anna Gabrielian, are charged by indictment with Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371 and Wrongful Disclosure of Individually Identifiable Health Information in violation of 42 U.S.C. §1320d-6.

3. Jamie Henry had an initial appearance on September 29, 2022.  At that time Jamie Henry was released on strict home confinement monitored by an ankle bracelet.  Since then Jamie Henry has not violated any of the conditions of his release.

4. On April 10, 2023, Jamie Henry has a Board of Inquiry hearing scheduled at Fort Bragg in Fayetteville, North Carolina.  Dr. Henry is requesting that he be allowed to leave his home on April 9, 2023, and travel to Fort Bragg for the hearing.  He is further requesting that he can stay in Fayetteville, North Carolina until the completion

of the hearing and be ordered to return to his home by 5:00 p.m. the day after the

hearing is concluded.

5. Undersigned counsel has communicated with Dr, Henry's military counsel, and the

expectation is the hearing would conclude no later than Thursday, April 13, 2023.

This is of course the an estimate of the length of the hearing.

WHEREFORE, Jamie Henry respectfully requests that the Court grant this unopposed request.

If the Court is not so inclined, Jamie Henry would request a hearing on this motion.

Respectfully submitted

/s/
DAVID WALSH-LITTLE, #23586
The Law Office of David Walsh-Little, LLC
1014 West 36th Street
Baltimore, Md 21211
Tel: 1.410.205.9337
Fax: 1.667.401.2414
Email: david@walshlittlelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was emailed to Aaron

Zelinsky and Michael Cunningham of the United States Attorney's Office and Jeremy Beck of

the United States Office of Probation and Pretrial Services.

/s/
DAVID WALSH-LITTLE, #23586