IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. SAG-22-0336 |
| JAMIE HENRY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT JAMIE HENRY'S MOTION TO MODIFY CERTAIN CONDITIONS OF RELEASE

Defendant Jamie Henry by and through his undersigned counsel, David Walsh-Little, hereby moves this Honorable Court, to modify certain conditions of his release status and in support thereof states as follows:

1. The Office of the United States Attorney does not oppose this motion. The United States Office of Probation and Pretrial Services does not oppose this motion.

2. Jamie Henry and his co-defendant and wife, Anna Gabrielian, are charged by indictment with Conspiracy to Defraud the United States in violation of 18 U.S.C. § 371 and multiple Wrongful Disclosure of Individually Identifiable Health Information in violation of 42 U.S.C. §1320d-6.

3. Trial commenced on May 22, 2023. The jury is presently deliberating in this matter.

4. On June 5, 2023, Jamie Henry has a Board of Inquiry hearing scheduled at Fort Bragg in Fayetteville, North Carolina. If Dr. Henry is still subject to condition of release after Friday, Dr. Henry is requesting that he be allowed to leave his home on June 4, 2023, and travel to Fort Bragg for the hearing. He is further requesting that he can stay in Fayetteville, North Carolina until the completion of the hearing and be ordered to return to his home by 5:00 p.m. the day after the hearing is concluded. The Court

    approved a similar request for the same hearing in April but the hearing was postponed.

5. Undersigned counsel has communicated with Dr, Henry's military counsel, and the expectation is the hearing would conclude no later than Thursday, June 8, 2023. This is of course the an estimate of the length of the hearing.

WHEREFORE, Jamie Henry respectfully requests that the Court grant this unopposed request.

                                Respectfully submitted

                                _____/s/_____
                                DAVID WALSH-LITTLE, #23586
                                The Law Office of David Walsh-Little, LLC
                                1014 West 36th Street
                                Baltimore, Md 21211
                                Tel: 1.410.205.9337
                                Fax: 1.667.401.2414
                                Email: david@walshlittlelaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion was emailed to Aaron Zelinsky and Michael Cunningham of the United States Attorney's Office and Jeremy Beck of the United States Office of Probation and Pretrial Services.

                                _____/s/_____
                                DAVID WALSH-LITTLE, #23586